FILED'08 JUL 02 07:15 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRIAN K. REDMOND, | Civ. No. 06-987-AA |
| Petitioner, | ORDER DISMISSING<br>HABEAS CORPUS PETITION |
| v. | |
| SHARON BLACKETTER, | |
| Respondent. | |

This matter having come before the Court on the motion of the petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty (60) days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the petitioner moves to reopen this case during the above-

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

referenced 60-day period, petitioner may also amend the petition as of right so as to properly plead all *Blakely*-based claims in this Court.

IT IS SO ORDERED this __1__ day of ~~June~~, 2008.

July

_____
THE HONORABLE ANN L. AIKEN
U.S. District Court Judge

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

Lester R. Huntsinger (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE